**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-2177**

_____

JOHN MERRITT JAMES,

Plaintiff - Appellant,

versus

SECRETARY OF LABOR,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield. David A. Faber, District Judge. (CA-97-723)

_____

Submitted: February 9, 1999      Decided: March 22, 1999

_____

Before WILLIAMS and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

John Merritt James, Appellant Pro Se. Gary L. Call, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Merritt James appeals from the district court's order granting summary judgment to the Defendant on his action seeking to recover a relocation allowance in connection with his job transfer. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>James v. United States Dep't of Labor</u>, No. CA-97-723 (S.D.W. Va. July 21, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>